IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
UNITED STATES OF AMERICA ex rel.  )
GREGORY SHAW #B33548,             )
                                  )
                Petitioner,       )
                                  )
     v.                           )   No.  09 C 3029
                                  )   USCA No. 09-3307)
DONALD GAETZ,                     )
                                  )
                Respondent.       )
```

MEMORANDUM ORDER

This Court's October 23, 2009 memorandum order in this case is hereby amended to reflect the correction of a typographical error in the Court of Appeals case number assigned to this action (an error occurring in the first complete paragraph on page 2 of that order, which had mistakenly referred to Case No. 09-3309 rather than Case No. 09-3307). That paragraph should read:

> Accordingly Shaw is granted leave to proceed without prepayment of the entire $455 in appellate filing fees (although he is obligated to pay that amount in future installments), with the first required payment on account of those fees being $4.50, and the Menard trust fund officer is ordered to collect that amount from Shaw's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):
>
> > Office of the Clerk
> > United States District Court
> > 219 South Dearborn Street
> > Chicago IL 60604
> >
> > Attention:  Fiscal Department
>
> Both the initial payment and all future payments shall clearly identify Shaw's name and the 09 C 3029 District Court case number and the **09-3307** Court of Appeals case number assigned to this action. To implement these

requirements, the Clerk shall send a copy of this order to the Menard trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 20, 2010